B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re Harry Shaboian, Jr. and Sharon Shaboian      Case No. 16-16726-JKF

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Detroit Rehabilitation Initiatives, LLC | Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A |
|---|---|
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Detroit Rehabilitation Initiatives, LLC
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501
Phone: _____
Last Four Digits of Acct #: 9239

Court Claim #: 13-1
Amount of Claim: $107,377.45 (secured)
Date Claim Filed: 3/15/17

Phone: _____
Last Four Digits of Acct #: 9761

Name and Address where transferee payments
Should be sent (if different from above):

Detroit Rehabilitation Initiatives, LLC
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Last Four Digits of Acct #: 9239

I declare under penalty of perjury that the information provided in this notice is true and correct to be the best of knowledge and belief.

By: /s/ Brian E. Caine, Esq._____      Dated: February 15, 2018
Transferee's Attorney

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§152 & 3571*

## **Certificate of Service**

I certify that the foregoing Transfer of Claim has been served on the following:

BRAD J. SADEK, Esq.
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
***DEBTOR'S ATTORNEY- SERVED VIA REGULAR MAIL & ELECTRONICALLY***

FREDERICK L. REIGLE, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
***CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY***

Harry Shaboian, Jr.
2421 South Lambert Street
Philadelphia, PA 19145
***DEBTOR – SERVED VIA FIRST CLASS MAIL***

Sharon Shaboian
2421 South Lambert Street
Philadelphia, PA 19145
***DEBTOR – SERVED VIA FIRST CLASS MAIL***

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
***U.S. Trustee-SERVED ELECTRONICALLY***

Signed: /s/ Brian E. Caine     Title: Attorney     Date: 2/15/2018
Direct Telephone No. 856-985-4059     Mail, Fax or Email address:
bcaine@parkermccay.com